UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

vs.

**APRIL E. HASKEN**

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 7:08-CR-375   (GHL)

Robert Renzi, Esq.
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

XX  guilty __ nolo contendere] as to count(s) 1 as superseded on the record.

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Driving While Intoxicated, in violation of Title 18 United States Code, Section(s) 7 & 13, assimilating Section 1192.2 of the New York Vehicle and Traffic Law.

**DATE OFFENSE CONCLUDED:**         June 27, 2008

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $500.00 and special assessment of $25.00.  Total of the fine and special assessment amounts to $525.00, payable no later than 10/13/08.  Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261.  Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED THAT** Count 2 of the Information is dismissed on motion of the United States.

____August 13, 2008____
Date of Imposition of Sentence

____August 19, 2008____
DATE SIGNED

_____
GEORGE H. LOWE
U.S. Magistrate Judge